$18.38
#7760
12/14/10

# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

December 6, 2010

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

    Re:    Peter & Lisa Bravo
             Chapter 7 Case No. 09-21217
             Request to Deposit Unclaimed Funds into the United States Treasury

To the Clerk of the Court:

    Enclosed please find a Trustee's check in the amount of $ 18.38. I request that the Clerk of Court deposit said funds, in the name of the creditor(s) and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    _____ I have made a diligent effort to locate the claimant(s) for said funds, but have been unsuccessful in locating the claimant(s).

    __X__ The funds represent dividend payment(s) of less than $5.00 to the named creditor(s) and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register No. |
|---|---|---|
| Wegmans | 1.35 | 3 |
| Internal Revenue Service | 3.88 | 5 |
| Chase Bank | 4.20 | 9 |
| Chase Bank | 0.15 | 10 |
| Chase Bank | 4.29 | 12 |
| FIA Card Services | 2.06 | 14 |
| ESL Federal Credit Union | 2.45 | 18 |

Very truly yours,

*/s/ M. H. Arnold*

Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss

**FILED DEC 14 2010**

Case 2-09-21217-JCN   Doc 64   Filed 12/14/10   Entered 12/14/10 14:16:54   Desc Main
Document   Page 1 of 1